**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| JAYLIN KEMP and AQLIMATE LLC, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | **Case No: 2:26-cv-00129-NAD** |
| | ) | |
| JEFFREY WATSON, ALL STAR ELITE LLC, | ) | |
| and WATSON APPAREL CO., LLC, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**REQUEST FOR SERVICE BY CERTIFIED MAIL**

Plaintiffs Jaylin Kemp ("Kemp") and Aqlimate, LLC ("Aqlimate") (collectively, "Plaintiffs") respectfully request the defendants, Jeffrey Watson, All Star Elite LLC, and Watson Apparel Co., LLC, be served by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e) and (h)(1)(A).

/s/ Ambria L. Lankford
Kenneth M. Perry (ASB- ASB-4945-E67K)
Ambria L. Lankford (ASB-2461-Q94V)
Jennifer M. Moore (ASB-2400-I11J)

KEN PERRY LAW FIRM, LLC
1615 Financial Center
505 20th Street North
Birmingham, AL 35203
(205) 778-2001
kp@kenperrylawfirm.com
all@kenperrylawfirm.com
jmm@kenperrylawfirm.com

**DEFENDANTS MAY BE SERVED AT:**

Jeffrey Watson
100 Landmark Square
Virginia Beach, VA 23452

All Star Elite, LLC
c/o Northwest Registered Agent Service, Inc.
212 W. Troy St. Ste. B
Dothan, AL 36303

Watson Apparel Co., LLC
c/o Northwest Registered Agent LLC
8401 Mayland Dr. Ste. A
Richmond, VA 23294-4648