FILED
2026 Feb-25  AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

Civil Action No.     **2:26-cv-00129-NAD**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Watson Apparel Co., LLC**
was recieved by me on  **2/19/2026:**

☐ I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Northwest Registered Agent LLC**, who is designated by law to accept service of process on behalf of **Watson Apparel Co., LLC** at **8401 Maryland Dr. Suite A, Richmond, VA 23294-4648** on **02/20/2026 at 11:54 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:  02/24/2026

_____
*Server's signature*

**Priscilla Willis**
*Printed name and title*

**1506 Cedar Mountain Court
Richmond, VA 23228**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Northwest Registered Agent LLC, REGISTERED AGENT with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses.   Megan Patterson, Document Processor received the service of documents.**





Tracking #: **0210053304**