FILED
2026 Feb-27  AM 10:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JAYLIN KEMP and AQLIMATE LLC** | ) | **Summons** |
| | ) | **(Issued pursuant to Rule 4 of** |
| | ) | **the Federal Rules of Civil** |
| **Plaintiffs,** | ) | **Procedure or other appropriate** |
| | ) | **law.)** |
| **v.** | ) | |
| | ) | **CIVIL ACTION CASE NUMBER:** |
| | ) | **2:26-cv-00129-NAD** |
| **JEFFREY WATSON, et al.** | ) | |
| **Defendants.** | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

All Star Elite, LLC
c/o Northwest Registered Agent Service, Inc.
212 W. Troy St. Ste. B
Dothan, AL 36303

NOTE: A separate summons must be
        prepared for each defendant.

A lawsuit has been filed against you.

Within _____21_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ambria L. Lankford
Ken Perry Law Firm, LLC
1615 Financial Center
505 20th Street N
Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: 2/16/26

GREER M. LYNCH, CLERK OF COURT

By: *Juven Bell*

SEE REVERSE SIDE FOR RETURN

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the ___25th___ day of __February_____, __2026_____, I

served this summons together with the complaint as follows:

☐    By personal service on the defendant at _____

_____

☐    By serving a person of suitable age and discretion then residing in the defendant's

usual place of abode.  (Give name and address of person served.)

_____

_____

☑    By serving an officer, a managing or general agent, or any other agent authorized

by appointment or by law to receive service of process of the defendant

corporation, partnership, or unincorporated association.  (Give name, capacity and

address of person served.)

Xinena Antonio as Registered Agent for All Star Elite LLC C/O Nothwest Registered Agent Service INC at

212 West Troy Street STE B, Dothan, AL 36303

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

2/26/26
_____         *WS Russell*_____         Steve Russell    SPS
**Date**                          ***Authorized or Specially Appointed Process Server***   Process Delivery Service Inc.
8711 US Highway 31 N
Kimberly AL 35091
205-543-4201 orders@pdsdoc.com

Costs of Service: Service fee:                                    $
Expenses: _____ miles @ _____cents      $_____

TOTAL $