FILED

2026 Apr-08 PM 03:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JAYLIN KEMP and AQLIMATE LLC, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | **Case No: 2:26-cv-00129-NAD** |
| | ) | |
| JEFFREY WATSON, ALL STAR ELITE LLC, | ) | |
| and WATSON APPAREL CO., LLC, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## MOTION AND AFFIDAVIT FOR ENTRY OF DEFAULT AGAINST
## DEFENDANTS WATSON APPAREL CO., LLC and ALL STAR ELITE, LLC

COME NOW Plaintiffs Jaylin Kemp ("Kemp") and Aqlimate, LLC ("Aqlimate") (collectively, "Plaintiffs") and, pursuant to Fed. R. Civ. P. 55, submit the following Motion and Affidavit for Entry of Default against Defendants Watson Apparel Co., LLC and All Star Elite, LLC (collectively, "Defendants") for failing to plead, answer, or otherwise defend the complaint filed against them in this action. In support of this application, Plaintiffs state as follows:

1. Plaintiffs filed this action on January 27, 2026, alleging violations of the Lanham Act and state law by Defendants. (Doc. 1).

2. Defendant Watson Apparel Co., LLC was served with the summons and complaint in this action on February 20, 2026. (Doc. 5).

3. Defendant All Star Elite, LLC was served with the summons and complaint in this action on February 25, 2026. (Doc. 6).

4. More than 21 days have elapsed since Defendants were properly served, but Defendants have failed to plead, answer, or otherwise defend against Plaintiffs' complaint.

5. The damages sought by Plaintiffs in this action include injunctive relief, compensatory and treble damages, costs, and reasonable attorneys' fees, as permitted by applicable state and federal law. Thus, the amount of money claimed by Plaintiffs in this matter is not a sum certain and, pursuant to Fed. R. Civ. P. 55(b)(2), must be determined by this Court.

6. A supporting affidavit by undersigned counsel is attached hereto as Exhibit A.

Based on the foregoing and the supporting affidavit, Plaintiffs respectfully request the Court enter default against Defendants Watson Apparel Co., LLC and All Star Elite, LLC.

*/s/ Ambria L. Lankford*
Kenneth M. Perry (ASB-4945-E67K)
Ambria L. Lankford (ASB-2461-Q94V)
Jennifer M. Moore (ASB-2400-I11J)

KEN PERRY LAW FIRM, LLC
1615 Financial Center
505 20th Street North
Birmingham, AL 35203
(205) 778-2001
kp@kenperrylawfirm.com
all@kenperrylawfirm.com
jmm@kenperrylawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 8th day of April, 2026, I filed a copy of the foregoing using the AlaFile system and mailed a copy via U.S. Mail to the following:

Jeffrey Watson
100 Landmark Square
Virginia Beach, VA 23452

All Star Elite, LLC
c/o Northwest Registered Agent Service, Inc.
212 W. Troy St. Ste. B
Dothan, AL 36303

Watson Apparel Co., LLC
c/o Northwest Registered Agent LLC
8401 Mayland Dr. Ste. A
Richmond, VA 23294-4648

*s/ Ambria L. Lankford*
OF COUNSEL