FILED
2026 Apr-08  PM 03:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JAYLIN KEMP and AQLIMATE LLC,** | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | **Case No: 2:26-cv-00129-NAD** |
| | ) | |
| **JEFFREY WATSON, ALL STAR ELITE LLC,** | ) | |
| **and WATSON APPAREL CO., LLC,** | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

---

**AFFIDAVIT OF AMBRIA L. LANKFORD**

---

**STATE OF ALABAMA** )
**JEFFERSON COUNTY** )

1. My name is Ambria L. Lankford. I am an attorney licensed to practice before all courts in the State of Alabama and am admitted to practice in the United States District Court for the Northern District of Alabama. I am one of the attorneys of record for Plaintiffs Jaylin Kemp and Aqlimate, LLC (collectively, "Plaintiffs") in the above-referenced action and, as such, have personal knowledge of the matters contained herein.

2. Defendant Watson Apparel Co., LLC was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on February 20, 2026, as shown by the proof of service filed with the Court on February 25, 2026. (*See* doc. 5).

3. Under Rule 12 of the Federal Rules of Civil Procedure, Defendant Watson Apparel Co., LLC was required to plead or otherwise respond to the complaint by March 13, 2026. (*See*

*id.*). The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

4.    Defendant All Star Elite, LLC was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on February 25, 2026, as shown by the proof of service filed with the Court on February 27, 2026. (*See* doc. 6).

5.    Under Rule 12 of the Federal Rules of Civil Procedure, Defendant All Star Elite, LLC was required to plead or otherwise respond to the complaint by March 18, 2026. (*See id.*). The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

6.    Defendants are not minors or incompetent persons.

7.    Defendants are not currently in the military service, and thus the Servicemembers Civil Relief Act is not applicable.

8.    All statements contained herein are true and correct to the best of my knowledge, information, and belief.

FURTHER AFFIANT SAYETH NOT.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

_Ambria L. Lankford_

STATE OF ALABMA

COUNTY OF JEFFERSON

I, the undersigned authority, in and for said county and state, hereby certify that whose name is signed to the foregoing and who is known to me, who being first duly sworn on oath, acknowledged that the statements contained herein are true and correct and he executed the same voluntarily on the day the same bears date.

Given under by hand on this the ___8th___ day of _April_ 2026.

(AFFIX NOTARY SEAL)

_William Runell Lacy_

Notary Public

My Commission Expires: _9·25·27_