**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

|  |  |  |
|---|---|---|
| Jaylin Kemp et al., | } | |
| Plaintiff | } | |
| v. | } | Case Number: 2:26-cv-00129-NAD |
| | } | |
| Watson Apparel Co., LLC et al., | } | |
| | } | |
| Defendants | } | |

**ENTRY OF DEFAULT**

Upon application the plaintiff and the records of this court reflecting that more than twenty-one (21) days have elapsed since defendants,   Watson Apparel Co., LLC and All Star Elite, LLC, were duly served and that the defendants, Watson Apparel Co., LLC. And All Star Elite, LLC. , have failed to answer or otherwise plead to the complaint.

It is ADJUDGED that the defendants,  Watson Apparel Co., LLC. And All Star Elite, LLC.   Is in default and that the plaintiff,   Jaylin Kemp and Aqlimate, LLC., have and recover of the defendants such sum as the plaintiff shall prove to the Court, together with costs.

DONE on April 13, 2026

GREER M. LYNCH, CLERK


BY: C. Dockery
Deputy Clerk