## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JAYLIN KEMP, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:26-cv-00129-NAD |
| | ) | |
| JEFFREY WATSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER FOR CASE REASSIGNMENT

On January 27, 2026, Plaintiffs Jaylin Kemp and Aqlimate, LLC filed a complaint against Defendants Jeffrey Watson, All Star Elite, LLC, and Watson Apparel Co., LLC. Doc. 1. Pursuant to the court's "General Order For Referral Of Civil Matters To The United States Magistrate Judges Of The Northern District Of Alabama," dated January 2, 2015, the case was assigned to the undersigned. *See* Doc. 2.

On April 13, 2026, the Clerk entered default against Watson Apparel Co., LLC and All Star Elite, LLC. Doc. 8.

In the absence of unanimous consent from the parties to magistrate judge jurisdiction, the General Order calls for case reassignment to a district judge following the occurrence of the first of three "triggering events." None of these triggering events has occurred in this case, and—in light of the Clerk's entry of

1

default against two Defendants—it appears that neither unanimous consent nor any such triggering event will occur in the timely manner contemplated by the General Order.

Accordingly, the case now is due to be assigned to a district judge for all further proceedings. The Clerk of Court is **DIRECTED** to reassign this case to a district judge randomly drawn.

**DONE** and **ORDERED** this April 14, 2026.

_____
**NICHOLAS A. DANELLA**
UNITED STATES MAGISTRATE JUDGE