# UNITED STATES DISTRICT COURT

Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Greer M. Lynch
Clerk

Sheri Jones
Chief Deputy

| | | |
|---|---|---|
| Jaylin Kemp et al., | } | |
| Plaintiffs | } | |
| v. | } | Case Number: 2:26-cv-00129-NAD |
| | } | |
| Watson et al., | } | |
| | } | |
| Defendants | } | |

## NOTICE OF REASSIGNMENT

This civil action has been reassigned to the Honorable Madeline Hughes Haikala. Please use case number 2:26-cv-00129-MHH on all subsequent pleadings.

DATED: 4/14/2026

GREER M. LYNCH, CLERK

By: __C. Dockery_____
Deputy Clerk

GML: CLD

xc:     Judges
        Counsel