AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **2:26-cv-00129-NAD**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Jeffrey Watson**
was received by me on  **3/26/2026:**

☒   I personally served the **SUMMONS; COMPLAINT** on the individual at **100 Landmark Sq, Virginia Beach, VA 23452** on **04/21/2026 at 7:35 AM**; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:  04/21/2026

*Server's signature*

**Rifqah Evans-Gregg**
*Printed name and title*

**324 Kellam Road
202
Virginia Beach, VA 23462**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Jeffrey Watson with identity confirmed by physical description. The individual tried to refuse service by refusing to take documents and did not state reason for refusal (documents left, seen by subject). The individual appeared to be a blonde-haired white male contact 25-35 years of age, 5'6"-5'8" tall and weighing 180-200 lbs with a beard.**





Tracking #: **0219480863**