FILED

2026 May-18  PM 06:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JAYLIN KEMP and AQLIMATE LLC,** )<br><br>*Plaintiffs,* )<br> )<br>v. )<br> )<br>**JEFFREY WATSON, ALL STAR ELITE** )<br>**LLC,** )<br>**and WATSON APPAREL CO., LLC,** )<br> )<br>*Defendants.* ) | **Case No.: 2:26-cv-00129-NAD** |

### DECLARATION OF JEFFREY WATSON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

I, Jeffrey Watson, declare as follows, pursuant to 28 U.S.C. § 1746:

1.     I am the named individual Defendant Jeffrey Watson in the above-captioned action. I am over the age of eighteen, am of sound mind, and am competent to make this Declaration. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

2.     I respectfully submit this Declaration in support of the contemporaneously-filed Defendants' Motion to Dismiss the Complaint, and specifically in support of the argument set forth in Section IV.C of that Motion that the purported service of process upon me on April 21, 2026 was insufficient under Federal Rules of Civil Procedure 12(b)(5) and 4(e).

3.     The address identified in the Proof of Service filed in this action, 100 Landmark Square, Virginia Beach, Virginia 23452, is a commercial address. It is not my dwelling, it is not my usual place of abode, and I do not reside there.

1

Doc ID: aac4ac524bc45f3e201563a84eb963658890ecc3

4.    My actual physical characteristics are as follows:

    a.  Age as of April 21, 2026: 57 years;

    b.  Height:6 feet 1 inches;

    c.  Weight: approximately 220 pounds;

    d.  Hair color: bald;

    e.  Facial hair salt-and-pepper beard

    g.  Race / complexion: white

5.  My physical appearance is easily obtainable from public information sources such as this image captured from the first video available from my Instagram account @jeff.s.watson.



2

Doc ID: aac4ac524bc45f3e201563a84eb963658890ecc3

6. I have reviewed the Proof of Service filed in this action (Doc. 14), which describes the individual to whom the process server purportedly tendered the Summons and Complaint on April 21, 2026 as "a blonde-haired white male contact 25-35 years of age, 5'6″–5'8″ tall and weighing 180–200 lbs with a beard." That description does not match my actual age or appearance, as reflected in Paragraphs 4-5 above.

6. On April 21, 2026, no process server, courier, or any other individual tendered to me, or attempted to tender to me, any summons, complaint, or other legal papers in connection with this action. No one delivered any such papers into my hand or left any such papers in my presence on that date.

7. I did not refuse to accept service of any documents on April 21, 2026. I was not approached by any individual identifying himself or herself as a process server on April 21, 2026.

8. I have not authorized any individual to accept service of process on my behalf in this action.

9. I am the person primarily responsible for responding to litigation on behalf of All Star Elite LLC and Watson Apparel Co., LLC, and I was not provided with the complaint and service documents until after the court's entry of default against All-Star Elite LLC and Watson Apparel Co. LLC.

3

Doc ID: aac4ac524bc45f3e201563a84eb963658890ecc3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of May 2026.

_____

**JEFFREY WATSON**

4

Doc ID: aac4ac524bc45f3e201563a84eb963658890ecc3