FILED
2026 May-18 PM 06:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit B

**Trademark/service mark application, Principal Register**
Serial number: 99101125
Mark: No wording
Mark format: Design only
Filing date: March 24, 2025 at 6:53:37 PM ET
Docket number: 815621.00003
Owner name: Jaylin Kemp
Amount paid: $ 700 (2 classes)

# Trademark details

Mark



Mark Description

a vertically arranged needle with a single thread threaded through or wrapped around the needle three times and forming the image of a flying insect

Mark Format

Design only

Color claim

Color is not claimed as a feature of the mark.

# Owner information

| *Name | Jaylin Kemp |
|---|---|
| Entity type | Individual |
| Place of organization/citizenship | United States |
| **Mailing address information** | |
| *Address line 1 | 4653 Nail Road |
| Address line 2 | Unit D-9 |
| *City | Dallas |
| *State/territory | Texas |
| *Zip/postal code | 75244 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | ******* |
| **Domicile address information** | |

The mailing address is the same as the owner's domicile address.

# Goods and services

## Filing basis information

Section 1(a)

## Identification of goods and services

| International Class 025 |
|---|
| Filing basis: Section 1(a) |
| Shirts; Clothing jackets; Raincoats; Rainwear; Vests; Hooded sweatshirts; Footwear; Polo shirts; Sweatpants; Sweatsuits; |

Tops as clothing; Bottoms as clothing

**Specimen Information**

| | |
|---|---|
| First use anywhere date | At least as early as 05/05/2024 |
| First use in commerce date | At least as early as 05/05/2024 |
| Specimen file name | Aqlimate hoodie.pdf |
| URL | None specified. |
| Date of access | None specified. |
| Description | Photographs showing the mark on a label attached to the goods |

**Specimen Information**

| | |
|---|---|
| First use anywhere date | At least as early as 05/05/2024 |
| First use in commerce date | At least as early as 05/05/2024 |
| Specimen file name | aqlimate 1.pdf |
| URL | https://aqlimate.com/products/ |
| Date of access | 03/21/2025 |
| Description | Webpages with means to order goods |

**International Class 035**

Filing basis: Section 1(a)

Retail store services featuring **apparel, footwear, rainwear, sportswear**

**Specimen Information**

| | |
|---|---|
| First use anywhere date | At least as early as 05/05/2024 |
| First use in commerce date | At least as early as 05/05/2024 |
| Specimen file name | Aqlimate _ Uncommon Threads – AQLIMATE.pdf |
| URL | https://aqlimate.com/ |
| Date of access | 03/21/2025 |
| Description | Webpage |

# Additional statements

| | |
|---|---|
| Translation (if applicable) | |
| Transliteration (if applicable) | |
| Consent (name/likeness) (if applicable) | |
| Claim of ownership of active prior registrations(s) (if applicable) | |
| Section 2(f) Claim of acquired distinctiveness (if applicable) | |
| Additional statements including use of the mark in another form (if applicable) | |
| Significance of mark | |
| Disclaimer | |

# Attorney information

## Attorney name and address

| | |
|---|---|
| *Name | C. Brandon Browning |
| Law firm | Maynard Nexsen PC |
| *Address line 1 | 1901 6th Avenue North |
| Address line 2 | Suite 1700 |
| *City | Birmingham |
| *State/territory | Alabama |
| *Zip/postal code | 35203 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | bbrowning@maynardnexsen.com |
| Primary telephone number | (205) 254-1036 |
| Extension | None specified. |

## Attorney registration information

| | |
|---|---|
| *Bar membership or registration number | ******* |
| *Jurisdiction | ******* |
| *Year of admission | ******* |

Statement of good standing

The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state or commonwealth, the District of Columbia, or any U.S. territory.

Docket or reference number
815621.00003

## Correspondence information

| | |
|---|---|
| *Correspondence name | C. Brandon Browning |
| *Primary correspondence email address | bbrowning@maynardnexsen.com |
| Docket or reference number | 815621.00003 |
| Courtesy copy email addresses | ustrademark@maynardnexsen.com; tebbert@maynardnexsen.com |

## Fee information

| | |
|---|---|
| Application filing option | Trademark/service mark application, Principal Register |
| Number of classes | 2 |
| Base application fee, per class | $ 350 |
| Total fees paid | $ 700 |

## Declaration and signature

### Declaration

[ X ] Basis:

If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

And/or

If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[ X ] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[ X ] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[ X ] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

| | |
|---|---|
| Electronic Signature | /C. Brandon Browning/ |
| Signatory's name | C. Brandon Browning |
| Signatory's position | Attorney of Record, AL Bar member |
| Date signed | 03/24/2025 |
| Signature method | Signed directly within the form |

STAMP:USPTO/APPB-*.**.*.***-20250324185337050381-99101125-16.0-98893ca1-347b-4ea6-88e2-7a26baad9a16-DA-20250321204330640399



# AQLIMATE











'Pumpkin Spice' Hoodie
AQLIMATE
$105.00 USD

"Strawberry" Dragonfly Hoodie
AQLIMATE
$105.00 USD

"Lemonade" Dragonfly Hoodie
AQLIMATE
$105.00 USD

"Royal Berry" Dragonfly Hoodie
AQLIMATE
$105.00 USD

CLAIM 12% OFF!

💬 Live chat



'Panda' Dragonfly Hoodie
AQLIMATE
$105.00 USD

1/4    ›

<u>View all</u>

We believe in clothing that makes you feel like you. We craft livable luxury that meets customers in the stage they are in and allows them to fit in while standing out.

We are eliminating the need to try and be someone else, Aqlimate is already in your nature. Because of our ability to create attainable luxury that embraces a lifestyle of authenticity and adaptability, Aqlimate is moving the needle in the fashion industry through elevated, luxury that ties together uncommon threads.

**CLAIM 12% OFF!**



HIGH-END

## The *Sharp* Center Shape.

The center shape represents a needle and thread.

GET AQLIMATED

QUIET LUXURY

## The *Dynamic* Thread.

Weaving in and out of the needle is the thread.

GET AQLIMATED

CLAIM 12% OFF!

Case 2:26-cv-00129-MHH     Document 13-2     Filed 05/18/26     Page 10 of 15



QUALITY

# The *Humble* Dragonfly.

All together these elements become a **dragonfly.**

GET AQLIMATED



## AQLIMATE IS MORE THAN A DAILY OUTFIT.

By drawing deep inspiration from nature through the dragonfly and the use of natural colors, we are knitting nature's elements together to create quiet luxury. Our dragonfly icon represents the adaptability and grace found in nature that is threaded into who we are and how we operate. Our clothing can seamlessly transform to allow success across multiple occasions and stages of life and our business can evolve to drive trends and meet customer's needs.

ABOUT US

Get Aqlimated

Instagram

TikTok

Knitting together nature's elements to create quiet luxury.

Policies

Shipping Policy

Refund Policy

Privacy Policy

Join our email list

Email  →

Follow on shop

© 2025, AQLIMATE Powered by Shopify   ·   Refund policy   ·   Privacy policy   ·   Terms of service   ·   Shipping policy   ·   Contact information

**CLAIM 12% OFF!**





SHOP    ABOUT US    POLICIES








# 'MK' Raincoat

**$100.00 USD**

Tax included. Shipping calculated at checkout.

Pay in 4 interest-free installments of **$25.00** with shop Pay  Learn more

Size

Small    Medium    Large    Extra Large

Double Extra Large

Quantity

−  1  +

Add to cart

Buy with shop Pay

More payment options

Redefining luxury in the elements. The 'MK' Rain Jacket—crafted with premium GORE-TEX technology for unparalleled waterproof performance and

CLAIM 12% OFF!

Live chat

SHOP    ABOUT US    POLICIES ⌄



# "Slate" Sweatpants

$80.00 USD

Tax included. Shipping calculated at checkout.

Pay in 4 interest-free installments of $20.00 with shop Pay Learn more

Size

Small   Medium   Large   Extra Large

Double Extra Large

Quantity

−   1   +

Add to cart

Buy with shop Pay

More payment options

Created for comfort, elevated for style, the 'Slate' sweats feature a refind grey fabric with a unique screen printed dragonfly design. Rivets surround the design, adding an edgy, yet sophisticated touch. Perfect for the modern individual who values both luxury and comfort.

CLAIM 12% OFF!

Live chat

SHOP   ABOUT US   POLICIES ∨





# "Cappuccino" Dragonfly Hoodie

$105.00 USD

Tax included. Shipping calculated at checkout.

Pay in 4 interest-free installments of **$26.25** with shop **Pay** Learn more

Size

| Small | Medium | Large | Extra Large |

| Double Extra Large |

Quantity

— 1 +

Add to cart

Buy with shop **Pay**

More payment options

Vintage Gradient Color Fade

   

CLAIM 12% OFF!

Live chat