FILED

2026 Jun-18  PM 02:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

Instagram

Log In    **Sign Up**



**jeff.s.watson** ✔  ⋮

Jeff Watson

**26** posts    **9,114** followers    **188** following

CEO and founder of Allstar Elite

 

Allstar Elite  Watson Brand



Instagram

Log In     Sign Up



Instagram

Log In    **Sign Up**



