FILED
2026 Sep-24 AM 08:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JAYLIN KEMP and AQLIMATE LLC,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: 2:26-cv-00129-MHH |
| v. | ) | |
| | ) | |
| **JEFFREY WATSON, ALL STAR ELITE LLC, and WATSON APPAREL CO., LLC,** | ) | |
| | ) | |
| Defendants. | | |

**ORDER ON EXPEDITED DISCOVERY AND BRIEFING SCHEDULE**

This matter is before the Court on Plaintiffs' Motion to Set Briefing Schedule on the Motion for Preliminary Injunction and to Expedite Discovery, (Doc. 24), and the defendants' response to the motion. The Court grants the motion in part and orders as follows:

1. For a period of 45 days, beginning on the date of entry of a protective order under Section IV of the Court's initial order, (Doc. 15), the parties shall engage in discovery relevant to the pending motion for preliminary injunction, (Doc. 22).

2. Each party may serve no more than 10 interrogatories and 10 requests for production. The parties may take party depositions, including one deposition under Fed. R. Civ. P. 30(b)(6) of each entity party.

3. Responses and objections to written discovery served during the expedited period are due within 21 days after service of the requests.

4. The written discovery the plaintiffs served on September 18, 2026 is deemed served upon entry of this order. Within 7 days of entry of this order, the plaintiffs shall serve a notice identifying the 10 interrogatories and 10 requests for production directed to each defendant on which the plaintiffs elect to proceed during the expedited period.

5. Discovery served or taken during the expedited period shall not count against the limits on interrogatories, requests for production, requests for admission, or depositions established in the scheduling order, and shall be without prejudice to a later deposition of the same witness on topics relating to the merits.

6. No confidential, proprietary, or competitively sensitive material, including sourcing, vendor, pricing, sales, margin, and financial information, shall be produced by any party before a protective order is entered. Within 7 days of entry of this order, the parties shall submit to chambers, in Word format, a

proposed protective order containing the language required by Section IV of the Initial Order.

7. The defendants' opposition to the Motion for Preliminary Injunction is due within 21 days after the completion of the expedited discovery period. Plaintiffs' reply, if any, is due within 14 days after service of the opposition.

8. No party waives a claim, defense, or objection by participating in expedited discovery under this order.

**DONE** and **ORDERED** this September 24, 2026.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE